# United States Bankruptcy Court
### Northern District of Mississippi

| | | |
|---|---|---|
| **IN RE:** SHIRLEY ANN DOUGLAS<br>76 SOUTH KENNEDY RD<br>MC COOL, MS 39108 | DATE<br>12/23/2010 | CASE No. 09-13893 |

**MOTION TO ALLOW LATE FILED / AMENDED**
**OR SUPPLEMENTAL CLAIMS**

SS #1:  XXX-XX-4820

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| STATE / SCHOOL EMPLOYEE HEALTH PLAN / PO BOX 23071<br>JACKSON, MS 39225-3071 | 074 | Unsecured<br>PAY 0.0000% | 27,594.22 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.       /s/ Terre M. Vardaman

**ORDER AND NOTICE**                                      **Terre M. Vardaman**

At   US Bankruptcy Court P.O. Drawer 867 Aberdeen, MS 39730                                                                        on the foregoing Motion, it is ordered that the above claim be allowed as recommended by the Trustee and payable as provided by the debtor's plan and the order of the court, and it is further ordered that a copy of the Motion and Order be mailed to the debtor and debtor's attorney of record and that the debtor be given 10 days within which to file written application for modification of this order and, in the absence of such application, this order shall become final.

DATED:   12/23/2010                                          /s/ David W. Houston III                         BANKRUPTCY JUDGE
                                                                                      **David W. Houston III**

PAULA E DRUNGOLE
P O BOX 186
STARKVILLE, MS 39759